# IN THE DISTRICT COURT FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | | |
|---|---|---|
| APRIL WEST | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.:  **2:23-cv-02297** |
| | ) | |
| | ) | |
| METCALF FINE ARTS | ) | |
| BUILDING LLC | ) | |
| and | ) | **JURY DEMAND** |
| SCOTT EDWARD SMITH | ) | |
| Defendants | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
_____

COMES NOW, Plaintiff in the above-captioned action, who files her notice of voluntary dismissal.

/s/ Thomas H. West
Respectfully submitted
THOMAS H. WEST, KS Bar ID: 29164
Attorney for the Plaintiff
P. O. Box 24311
Overland Park, KS 66223-4311
Phone: (913) 249-2900
E-mail: thwest60@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that, on this the 21st day of July, 2023, I served a copy of the foregoing notice on the following by sending a copy by depositing a copy postage prepaid into the United States mail addressed to the following:

> Scott Smith
> 10118 Bennington Ave.
> Kansas City, MO 64134

> /s/ Thomas H. West
> THOMAS H. WEST, KS Bar ID: 29164
> Attorney for the Plaintiff
> P. O. Box 24311
> Overland Park, KS 66223-4311
> Phone: (913) 249-2900
> E-mail: thwest60@gmail.com